In the United States District Court
For the Western District of Michigan
Southern Division

**Lena Bally**, et al.,

*Plaintiffs,*

*v.*

**Gretchen Whitmer**, in her official capacity
as Governor of Michigan, **et al.**

*Defendants.*

Case No.: 1:20-cv-01088

**Motion to Expedite**

**EXPEDITED CONSIDERATION
REQUESTED**

# Motion to Expedite

Plaintiffs Lena Bally, Steven Butler, Gavriel Grossbard, and Carol Hatch (collectively "Voters"), pursuant to Federal Rule of Civil Procedure 57, move for this Court to Order an expedited schedule, expedited discovery, and an expedited hearing on the merits of the Verified Complaint (ECF No. 1).

For the reasons set forth in the accompanying brief, Voters request that the Court order:

- a prompt scheduling conference to establish an expedited schedule for the resolution of this case;

- entry of the following expedited schedule:

    (1)    all discovery requests and responses thereto, and all third party subpoenas and responses thereto, shall be completed no later than November 18, 2020,

    (2)    a trial brief shall be filed with the Court by all parties no later than one business day prior to the scheduled trial on the merits,

    (3)    a trial on the merits shall be scheduled the week of November 23, 2020,

**Mot. to Expedite**                                     1

and

(4)     this Court shall rule promptly on the matter after the trial;

- expedition of all discovery according to the proposed schedule and waiver of certain discovery rules that would impede expedited discovery, as follows:

(1)     waiver of the provisions of Federal Rule of Civil Procedure 26(a)(1) requiring initial disclosure and order that initial disclosure need not be made in order to expedite discovery,

(2)     waiver of the requirements of Federal Rule of Civil Procedure 26(f) that parties must confer before initiating discovery and order that Voters may begin discovery immediately pursuant to Federal Rule of Civil Procedure 26(d)(1), and

(3)     waiver of the requirements of Federal Rule of Civil Procedure 45(a)(4) of notice to all parties prior to serving third party subpoenas and permit third party subpoenas to be served immediately without prior notice.

In Voters' good faith efforts to expedite this case, Voters have emailed all pleadings to Defendants when possible, in addition to complying with the applicable requirements regarding service and summons under the Federal Rules of Civil Procedure. The parties were notified of the case immediately after filing.

Pursuant to W.D. Mich. LCivR 7.1(d), Voters simultaneously file their *Certificate of Compliance with W.D. Mich. LcivR 7.1(d)* detailing their efforts "to comply with the obligation created by this rule."

For the reasons stated in the accompanying *Brief in Support of Motion to Expedite*, Voters

**Mot. to Expedite**                    2

request that this Court grant their *Motion to Expedite*.

Date: November 12, 2020

Respectfully Submitted,

/s/ Maxwell Goss
Maxwell Goss (MI #P78594)
 max@maxwellgoss.com
Maxwell Goss, PLLC
370 E. Maple Rd., Third Floor
Birmingham, Michigan 48009
Telephone: 248/266-5879
*Local Counsel for Plaintiffs*

James Bopp, Jr. (IN #2838-84)*
 jboppjr@aol.com
Richard E. Coleson (IN #11527-70)**
 rcoleson@bopplaw.com
Courtney Turner Milbank (IN #32178-29)**
 cmilbank@bopplaw.com
True the Vote, Inc.
 Validate the Vote Project
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: 812/232-2434
*Lead Counsel for Plaintiffs*

*\* Application for admission forthcoming*
*\*\*Application for admission pending*

**Mot. to Expedite**                    3

## Certificate of Service

I hereby certify that on November 12, 2020, I caused the foregoing *Motion to Expedite* in the above-captioned matter to be filed with the United States District Court for the Western District of Michigan, Southern Division, via the Court's CM/ECF system. I also hereby certify that I caused the foregoing to be served via first class mail, and via email when known, upon:

Governor Gretchen Whitmer
  governorsoffice@michigan.gov
111 S Capitol Ave
Lansing, MI 48933

Michigan Board of State Canvassers
  elections@michigan.gov
Jeannette Bradshaw
  jbradtwp2@gmail.com
Aaron Van Langevelde
  avanlangevelde@house.mi.gov
Norman D. Shinkle
  normshinkle@gmail.com
Julie Matuzak
  info@JulieMatuzak4Commissioner.com
Richard H. Austin Building, 1st Floor
430 W. Allegan
Lansing, MI 48918

Wayne County Board of County Canvassers
  clerkhelp@waynecounty.com
Monica Palmer
Jonathan C. Kinloch
  admin@mi13thdistrict.com
William Hartmann
Allen Wilson
2 Woodward Avenue, Suite 502
Detroit, Michigan 48226

Washtenaw County Board of Canvassers
  elections@washtenaw.org
Mary Hall-Thiam
  vicechair@washtenawdems.org
Malcolm Doug Scott
Dan Smith
Teena Weaver-Gordon
  teena.gordon@yahoo.com
220 North Main
Ann Arbor, MI 48104

Ingham County Board of Canvassers
  inghamclerk@ingham.org
Ted Lawson
Rebecca Bahar-Cook
  rbahar-cook@ingham.org
Joe Groff
Jude Wells
Barb Bynum
  inghamclerk@ingham.org
  clerkbyrum@gmail.com
Ingham County Courthouse
P.O Box 179, Mason, MI 48854

/s/ Maxwell Goss
Maxwell Goss

**Mot. to Expedite**          4