In the United States District Court
For the Western District of Michigan
Southern Division

| | |
|---|---|
| **Lena Bally**, et al.,<br><br>                           *Plaintiffs,*<br><br>   v.<br><br>**Gretchen Whitmer**, in her official capacity as Governor of Michigan, **et al.**<br>                          *Defendants.* | Case No.: 1:20-cv-01088<br><br>**Certificate of Compliance with W.D. Mich. LCivR 7.1(d)**<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

## Certificate of Compliance with W.D. Mich. LCivR 7.1(d)

Counsel for Plaintiffs Lena Bally, Steven Butler, Gavriel Grossbard, and Carol Hatch submits this Certificate of Compliance detailing his efforts to comply with the obligation created by W.D. Mich. LCivR 7.3. On November 11, 2020, the undersigned contacted Defendants via email, where known, at the email addresses listed on the Certificate of Service. Given the number of Defendants and the emergency nature of the lawsuit and the relief sought in the motion, it was not practicable to make verbal contact. The undersigned provided the recipients with copies of the proposed Motion to Expedite and accompanying brief, and asked whether they oppose the motion. As of the time of filing, no response has been received.

Date: November 12, 2020                     Respectfully Submitted,

/s/ Maxwell Goss
Maxwell Goss (MI #P78594)
 max@maxwellgoss.com
Maxwell Goss, PLLC
370 E. Maple Rd., Third Floor
Birmingham, Michigan 48009
Telephone: 248/266-5879
*Local Counsel for Plaintiffs*

James Bopp, Jr. (IN #2838-84)*
 jboppjr@aol.com
Richard E. Coleson (IN #11527-70)**
 rcoleson@bopplaw.com
Courtney Turner Milbank (IN #32178-29)**
 cmilbank@bopplaw.com
True the Vote, Inc.
 Validate the Vote Project
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: 812/232-2434
*Lead Counsel for Plaintiffs*

*\* Application for admission forthcoming*
*\*\*Application for admission pending*

## Certificate of Service

I hereby certify that on November 12, 2020, I caused the foregoing *Certificate of Compliance with W.D. Mich. LCivR 7.1(d)* in the above-captioned matter to be filed with the United States District Court for the Western District of Michigan, Southern Division, via the Court's CM/ECF system. I also hereby certify that I caused the foregoing to be served via first class mail, and via email when known, upon:

Governor Gretchen Whitmer
  governorsoffice@michigan.gov
111 S Capitol Ave
Lansing, MI 48933

Michigan Board of State Canvassers
  elections@michigan.gov
Jeannette Bradshaw
  jbradtwp2@gmail.com
Aaron Van Langevelde
  avanlangevelde@house.mi.gov
Norman D. Shinkle
  normshinkle@gmail.com
Julie Matuzak
  info@JulieMatuzak4Commissioner.com
Richard H. Austin Building, 1st Floor
430 W. Allegan
Lansing, MI 48918

Wayne County Board of County Canvassers
  clerkhelp@waynecounty.com
Monica Palmer
Jonathan C. Kinloch
  admin@mi13thdistrict.com
William Hartmann
Allen Wilson
2 Woodward Avenue, Suite 502
Detroit, Michigan 48226

Washtenaw County Board of Canvassers
  elections@washtenaw.org
Mary Hall-Thiam
  vicechair@washtenawdems.org
Malcolm Doug Scott
Dan Smith
Teena Weaver-Gordon
  teena.gordon@yahoo.com
220 North Main
Ann Arbor, MI 48104

Ingham County Board of Canvassers
  inghamclerk@ingham.org
Ted Lawson
Rebecca Bahar-Cook
  rbahar-cook@ingham.org
Joe Groff
Jude Wells
Barb Bynum
  inghamclerk@ingham.org
  clerkbyrum@gmail.com
Ingham County Courthouse
P.O Box 179, Mason, MI 48854

/s/ Maxwell Goss
Maxwell Goss

**Cert. of Compliance** 3