

| | | |
|---|---|---|
| DATE: | 11/12/2020 | UNITED STATES DISTRICT COURT |
| REPLY TO ATTN OF: | Tara B | **memorandum** |
| SUBJECT: | Possibly Related Case | FILED - GR |
| CASE NUMBER: | 1:20-cv-1088 | November 13, 2020 1:36 PM<br>CLERK OF COURT<br>U.S. DISTRICT COURT<br>WESTERN DISTRICT OF MICHIGAN<br>BY: tb   SCANNED BY: TB 11/13/20 |
| CASE CAPTION: | Bally et al v Whitmer et al | |
| TO: | Magistrate Judge Kent | |

According to the nature of the complaint and common parties, this case may be related to the case listed below:

Case Number __1:20-cv-1083__

Case Number _____

Case Number _____

__X__ Case is related    ____ Case is not related

Pursuant to Local Civil Rule 3.3.1(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

__X__ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _Many of the allegations are lifted directly from 20-cv-1083 which is cited in the complaints._

Dated: 11/13/2020    _[Signature] RS Kent_
Signature

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

__X__ Direct assignment performed     TLB       11/13/20
____ Random assignment performed     Initials    Date

07/15