# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lena Bally, et al.

v.

Gretchen Whitmer, in her official capacity as Governor of Michigan, et al.

Case No. 1:20-cv-01088
Hon. Janet T. Neff

TO: Governor Gretchen Whitmer
ADDRESS: 111 S Capitol Ave
Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Maxwell Goss
Maxwell Goss, PLLC
370 E. Maple Rd., Third Floor
Birmingham, Michigan 48009

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT

*[seal and signature]*

11/13/2020

By: Deputy Clerk        Date

## PROOF OF SERVICE

This summons for __Governor Gretchen Whitmer__ was received by me on _____.
(name of individual and title, if any)                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)         (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                         *Server's signature*

Additional information regarding attempted service, etc.:    _____
                                                              *Server's printed name and title*

                                                              _____
                                                              *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lena Bally, et al.

v.

Gretchen Whitmer, in her official capacity as Governor of Michigan, et al.

Case No. 1:20-cv-01088
Hon. Janet T. Neff

TO: Michigan Board of State Canvassers
ADDRESS: Jeannette Bradshaw, Aaron Van Langevelde, Norman D. Shinkle, Julie Matuzak
430 W. Allegan
Lansing, MI 48918

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Maxwell Goss
Maxwell Goss, PLLC
370 E. Maple Rd., Third Floor
Birmingham, Michigan 48009

CLERK OF COURT

11/13/2020
Date

## PROOF OF SERVICE

This summons for __Michigan Board of State Canvassers__ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
                                                       (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

Additional information regarding attempted service, etc.:

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lena Bally, et al.

v.

Gretchen Whitmer, in her official capacity as Governor of Michigan, et al.

Case No. 1:20-cv-01088
Hon. Janet T. Neff

TO: Wayne County Board of County Canvassers
ADDRESS: Monica Palmer, Jonathan C. Kinloch, William Hartmann, Allen Wilson
2 Woodward Avenue, Suite 502
Detroit, Michigan 48226

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Maxwell Goss
Maxwell Goss, PLLC
370 E. Maple Rd., Third Floor
Birmingham, Michigan 48009

CLERK OF COURT

11/13/2020

By: Deputy Clerk        Date

---

## PROOF OF SERVICE

This summons for __Wayne County Board of County Canvassers__ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
on _____.             (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                          _____
                                              *Server's signature*

Additional information regarding attempted service, etc.:    _____
                                                             *Server's printed name and title*

                                                             _____
                                                             *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lena Bally, et al.

v.

Gretchen Whitmer, in her official capacity as Governor of Michigan, et al.

Case No. 1:20-cv-01088
Hon. Janet T. Neff

TO: Washtenaw County Board of Canvassers
ADDRESS: Mary Hall-Thiam, Malcolm Doug Scott, Dan Smith,
220 North Main
Ann Arbor, MI 48104

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Maxwell Goss
Maxwell Goss, PLLC
370 E. Maple Rd., Third Floor
Birmingham, Michigan 48009

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT

11/13/2020

By: Deputy Clerk                    Date

## PROOF OF SERVICE

This summons for __Washtenaw County Board of Canvassers__ was received by me on _____.
(name of individual and title, if any)                                                (date)

☐ I personally served the summons on the individual at _____
                                                          (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)         (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address