UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LENA BALLY, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1088

HON. JANET T. NEFF

## ORDER

Pending before the Court is a Motion to Intervene filed by the Michigan State Conference NAACP, Wendell Anthony, Yvonne White, and Andre Wilkes (ECF No. 10).  The proposed intervenors, who request expedited consideration of their motion, received concurrence in their motion from anticipated[1] counsel for Defendants (ECF No. 12).  The proposed intervenors received no response from counsel for Plaintiffs, despite their efforts to meet and confer (*id.*).  Therefore, pursuant to W.D. Mich. LCivR 7.1(c):

**IT IS HEREBY ORDERED** that Responses, if any, to the Motion to Intervene (ECF No. 10) shall be filed <u>not later than 5:00 p.m. on Monday, November 16, 2020</u>.

Dated:  November 16, 2020

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge

---

[1] Plaintiffs have not yet served Defendants, and no appearances from counsel have yet been filed on behalf of Defendants.