UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LENA BALLY, et al.,                  Case No. 1:20-cv-1088

     Plaintiffs,                     Hon. Janet Neff

v.

GRETCHEN WHITMER,
in her official capacity as
Governor of Michigan, et. al

     Defendants

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), notice is hereby given that Plaintiffs Lena Bally, Steven Butler, Gavriel Grossbard, and Carol Hatch voluntarily dismiss the above-titled action. This notice of dismissal is being filed before service by any opposing party of either an answer or a motion for summary judgment.

Dated: November 16, 2020                  Respectfully submitted by:

                                                         /s/ Maxwell Goss
                                                         Maxwell J. Goss (MI P78594)
                                                         MAXWELL GOSS, PLLC
                                                         370 E. Maple Road, Third Floor
                                                         Birmingham, Michigan 48009
                                                         248.266-5879
                                                         max@maxwellgoss.com
                                                         *Local Counsel for Plaintiffs*

                                                         James Bopp, Jr. (IN #2838-84)*
                                                         jboppjr@aol.com
                                                         Richard E. Coleson (IN #11527-70)*
                                                         rcoleson@bopplaw.com
                                                         Courtney Turner Milbank (IN #32178-29)*
                                                         cmilbank@bopplaw.com
                                                         True the Vote, Inc.

1

**Notice of Voluntary Dismissal**

Validate the Vote Project
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: 812/232-2434
*Lead Counsel for Plaintiffs*

*\* Application for admission pending*

**CERTIFICATE OF SERVICE**

This is to certify that on November 16, 2020, the undersigned caused the foregoing document to be filed using the Court's electronic filing system, which will provide electronic notice to all counsel of record. Notice is also being provided by U.S. mail and email to any defendants who have not appeared in the case and for whom contact information is available.

/s/ Maxwell Goss
Maxwell Goss